UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :        26cr 166 (DLC)
                                                :
              -v-                               :        ORDER
                                                :
NYDIRA ADAMS,                                   :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------X

DENISE COTE, District Judge:

       IT IS HEREBY ORDERED that the defendant is scheduled to

waive indictment and enter a change of plea on **April 30, 2026 at

2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
           April 28, 2026

                        _____
                                  DENISE COTE
                        United States District Judge