UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,                  :          26cr166(DLC)

        -v-                                :          ORDER

NYDIRA ADAMS,                              :

               Defendant.         :

------------------------------------------X

DENISE COTE, District Judge:

WHEREAS, on April 30, 2026, the defendant appeared for a change of plea proceeding, during which the Court considered whether to continue the defendant's bail conditions pending sentencing;

WHEREAS, for the reasons set forth on the record, the Court continued the bail conditions imposed on December 3, 2025 by Magistrate Judge Lehrburger, but ordered that the defendant shall no longer be subject to GPS monitoring as a condition of her release;

IT IS HEREBY ORDERED that the defendant's GPS bracelet shall be removed by Pretrial Services.

Dated:     New York, New York
           May 1, 2026

                              _____
                              DENISE COTE
                              United States District Judge