```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        26cr166(DLC)
                                          :
        -v-                               :        ORDER
                                          :
NYDIRA ADAMS,                             :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On April 30, 2026, the defendant appeared for a change of plea proceeding where she waived indictment and plead guilty to a one-count information.  At that proceeding, defense counsel committed to cooperate with Probation to have the defendant interviewed by Probation within two weeks for the presentence investigation report ("PSR").  See Transcript of April 30, 2026 at 22:13-16.

On June 16, 2026, defendant filed a letter request to adjourn the sentencing to October or November to allow for more time to conduct the PSR interviews as well as collect more mitigation information regarding the defendant.  Accordingly, it is hereby

ORDERED that the defendant's request to adjourn the sentencing is denied.

IT IS FURTHER ORDERED that if the defendant wishes to be interviewed for the PSR, she shall arrange to be interviewed by Probation by June 19.

IT IS FURTHER ORDERED that the defendant may submit her sentencing submissions by July 24, and the Government may file their submissions by July 28.

Dated:    New York, New York
          June 16, 2026

_____
DENISE COTE
United States District Judge