UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        26cr166(DLC)
                                          :
            -v-                           :        ORDER
                                          :
NYDIRA ADAMS,                             :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant's renewed request

to adjourn the sentencing is denied.  The defendant shall

cooperate with Probation to be interviewed no later than June

19, 2026.

Dated:    New York, New York
          June 17, 2026

                              _____
                                        DENISE COTE
                              United States District Judge