```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :        26cr166(DLC)
                                     :
         -v-                         :        ORDER
                                     :
NYDIRA ADAMS,                        :
                                     :
                   Defendant.        :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Through a letter of July 1, 2026, defense counsel has renewed his request to adjourn the sentencing date, which was scheduled on April 30 to be held on July 31, in order to determine whether it disagrees with the Government regarding forfeiture and restitution. Defense submissions are due on July 24.

On June 24, the Government advised defense counsel for the first time of its proposed forfeiture and restitution numbers. On June 30, the Government produced thousands of pages of records purporting to support those figures. The defendant seeks a further production of Department of Education records regarding the loans at issue which were forgiven and records on which the Government relies to distinguish a victim from a conspirator. While courts are given 90 days following the imposition of a sentence to determine the amount of restitution, the amount of forfeiture is determined at or before sentence.

Accordingly, it is hereby

ORDERED that the Government shall by **July 7, 2026** provide defense counsel with the relevant documents (a) from the Department of Education and (b) on which it relies to distinguish a victim from a conspirator, or explain to the Court why it cannot do so or has not done so.

Dated:     New York, New York
           July 1, 2026

_____
DENISE COTE
United States District Judge