UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NYDIRA ADAMS,<br><br>Defendant. | : | 26cr166(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

Sentencing is scheduled for July 31, 2026. Today, defense counsel requested that the Government be prohibited from relying on documents that the Government produced on July 28 "to prove its requested forfeiture and restitution amounts".

The amount of restitution may be determined during a 90-day period following the imposition of sentence, and at the time of sentence the Court will set a schedule for the resolution of that amount. The amount of forfeiture, however, should be determined at sentence.

The issues raised in the parties' sentencing submissions and in their recent letters to the Court regarding forfeiture and restitution amounts also have implications for the calculation of the Sentencing Guidelines range, which the parties agreed in their plea agreement was based on an offense level of 23. The parties also appear to dispute the extent to which the defendant was engaged in a scheme to defraud the

Department of Education and for what conduct she is accepting responsibility.

Accordingly, the defendant shall advise the Government and the Court by July 30 whether she desires a Fatico hearing and if so, on what issues. If the defendant does wish a Fatico hearing, then defense counsel and the Government shall confer and present their proposals for a schedule for that hearing to the Court as soon as possible.

Dated: New York, New York
July 29, 2026

Denise Cote

DENISE COTE
United States District Judge