UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NYDIRA ADAMS, a/k/a "Nadira Adams," a/k/a "Nadira Adams-McMillan,"

Defendant.

**Consent**
**Order of Restitution**

26 Cr. 166

Upon the application of the United States of America, by its attorney, James M. McDonald United States Attorney for the Southern District of New York, Brandon C. Thompson, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. <u>Amount of Restitution</u>**

NYDIRA ADAMS, the defendant, shall pay restitution in the total amount of $3,258,969.47, pursuant to 18 U.S.C. § 3663, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A. Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

**B. Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

**2. <u>Schedule of Payments</u>**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least 10% percent of the defendant's gross income, payable on the 1st of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, her monthly payments while serving her term of imprisonment shall be at least 10% percent of the defendant's gross income, payable on the 1st of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

Case 1:26-cr-00166-DLC Document 48 Filed 10/13/26 Page 3 of 5

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5. Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

James M. McDonald
United States Attorney for the
Southern District of New York

By: /s
Brandon C. Thompson
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 –2444

10/9/2026
DATE

By: /s/ Nydira Adams (by JMS with authorization)
Nydira Adams

10/9/2026
DATE

By: [signature]
Jason Swergold, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
Tel: (914) 352-4786

10/9/2026
DATE

SO ORDERED:

[signature]
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

October 13, 2026
DATE

## SCHEDULE A

| Victim | Amount to be Paid in Restitution ($) | Address |
|---|---|---|
| [redacted] | 1,200 | [redacted] |
| [redacted] | 9,646 | [redacted] |
| [redacted] | 9,482 | [redacted] |
| [redacted] | 7,980 | [redacted] |
| [redacted] | 1,819.55 | [redacted] |
| [redacted] | 5,926 | [redacted] |
| [redacted] | 7,398 | [redacted] |
| [redacted] | 36,946 | [redacted] |
| [redacted] | 5,127 | [redacted] |
| [redacted] | 7,150 | [redacted] |
| [redacted] | 15,796 | [redacted] |
| [redacted] | 9,718 | [redacted] |
| [redacted] | 7,360.92 | [redacted] |
| United States Department of Education | 3,133,420 | 400 Maryland Ave, SW, Washington DC 20202 |